UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION
_____

Douglas Cornell Jackson,

       Plaintiff,        Case No. 2:20-cv-38

v.        Honorable Paul L. Maloney

Kris Taskila et al.,

       Defendants.
_____/

## JUDGMENT

In accordance with the order issued this date:

**IT IS ORDERED** that Plaintiff's action is **DISMISSED WITHOUT PREJUDICE** for lack of prosecution and failure to comply with the Court's order.

Dated:   May 7, 2020                           /s/ Paul L. Maloney
                                                                         Paul L. Maloney
                                                                         United States District Judge